**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnny Jermane SMARR, Defendant— Appellant.**

No. 04–7276.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2004.

Decided Nov. 30, 2004.

Johnny Jermane Smarr, Appellant pro se. Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Johnny Jermane Smarr appeals from the district court's order denying his "Motion to Compel Government for Specific Performance." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smarr,* No. CR–95–28 (W.D.N.C. July 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*